**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1101**

KENYA TEASLEY,

        Plaintiff - Appellant,

    v.

DAVID HOKE; AUDREY TURNLEY; JUDGE ORLANDO HUDSON,

        Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, Chief District Judge.  (1:23-cv-00197-CCE-JLW)

Submitted:  June 13, 2024                      Decided:  June 18, 2024

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kenya Teasley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenya Teasley appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Teasley's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Teasley v. Hoke*, No. 1:23-cv-00197-CCE-JLW (M.D.N.C. Jan. 19, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*